November 28, 2011

Mr. James F. Martens
Martens Seay & Todd, G.P.
301 Congress Avenue, Suite 1950
Austin, TX 78701
Ms. Danica Lynn Milios
Office Of The Attorney General
P. O. Box 12548 (MC 059)
Austin, TX 78711-2548

RE: Case Number: 11-0589
 Court of Appeals Number:
 Trial Court Number:

Style: IN RE ALLCAT CLAIMS SERVICE, L.P. AND JOHN WEAKLY

Dear Counsel:

 Today the Supreme Court of Texas issued an opinion in the above-
referenced cause. You may obtain a copy of the opinion at:
http://www.supreme.courts.state.tx.us/historical/recent.asp. If you would
like the opinion by email, please contact Claudia Jenks at
claudia.jenks@txcourts.gov or call (512)463-1312 ext. 41367.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
| |Mr. Christopher S. |
|cc:|Johns |
| |Mr. Thomas Jensen |
| |Morgan |
| |Mr. Juan F. Vasquez |
| |Jr. |